IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FREDERICK MEANS,              )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )        2:10cv851-MHT
                              )            (WO)
PAUL'S BODY & PAINT SHOP,     )
INC., and JAMES HOWARD,       )
                              )
    Defendants.               )
```

ORDER

For the reasons stated in open court, it is ORDERED as follows:

(1) Defendants Paul Body & Paint Shop, Inc's and James Howard's motions for judgment as a matter of law (doc. nos. 79 & 81) are granted as to plaintiff Frederick Means's state claims and denied as to his federal claims.

(2) Judgment is entered in favor of defendants Paul Body & Paint Shop, Inc. and James Howard and against plaintiff Means on plaintiff Means's

    state claims, with plaintiff Means taking nothing as to his state claims.

(3) Because plaintiff Means has only state claims against defendant Howard, defendant Howard is terminated as a party.

DONE, this the 18th day of October, 2011.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**