IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FREDERICK MEANS,              )
                              )
    Plaintiff,                )
                              )       CIVIL ACTION NO.
    v.                        )        2:10cv851-MHT
                              )           (WO)
PAUL'S BODY & PAINT SHOP,     )
INC.,                         )
                              )
    Defendants.               )
```

## VERDICT

On the 19th day of October 2011, after this cause had been presented to a jury, a verdict was returned as follows:

### Hostile Environment Claim

1. Has Frederick Means proved by a preponderance of the evidence that he was subject to a racially abusive or hostile environment that affected the terms and conditions of his employment?

Yes _____

No   X

XXX

### Race-Discrimination Claim

2. Has Frederick Means proved by a preponderance of the evidence that his race was a motivating factor for any workplace decisions taken by Paul's Body & Paint Shop with regards to Frederick Means, even though other factors may have also motivated Paul's Body & Paint Shop?

    Yes  _____
    No   \_\_X\_\_

**XXX**

### Retaliation Claim

5. Has Frederick Means proved by a preponderance of the evidence that his complaints of race discrimination were a motivating factor for any decisions made by Paul's Body & Paint Shop, including his discipline and termination, even though other factors may have also motivated Paul's Body & Paint Shop?

    Yes  _____
    No   \_\_X\_\_

**XXX**

SO SAY WE ALL.

DONE, this the  **19**  day of October, 2011.


                    **/s/ Tom Hicks**
                    FOREPERSON

It is therefore the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of defendant Paul's Body & Paint Shop, Inc. and against plaintiff Frederick Means, with plaintiff Means taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Means, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of October, 2011.

      /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE